IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PATRICK LEE HILLHOUSE                                                    PLAINTIFF
ADC #654261

v.                              Case No. 4:23-cv-00388-KGB

ARKANSAS DEPARTMENT OF
CORRECTIONS, *et al.*                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered by the Court on this date, it is hereby considered, ordered,

and adjudged that plaintiff Patrick Lee Hillhouse's complaint is dismissed without prejudice (Dkt.

No. 1).  The relief sought is denied.

It is so adjudged this 15th day of June, 2026.

Kristine G. Baker
Chief United States District Judge